Graham S.P. Hollis, Esq. (SBN 120577)
Marta Manus, Esq. (SBN 260132)
GRACE**HOLLIS** LLP
3555 Fifth Avenue
San Diego, California  92103
(619) 692-0800
(619) 692-0822 – fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDI HOVATER and ALISHIA L. JACKSON, individually and on behalf of all similarly situated current and former employees of WINCO FOODS, LLC., and WINCO FOODS, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>WINCO FOODS, LLC., WINCO FOODS, INC. and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____ | Case No. 2:10-CV-00621-JAM-DAD<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. John A. Mendez<br><br>Complaint filed:   2/18/10<br>Trial date:             not set<br><br>Hearing date:<br>Hearing time: |

---

STIPULATION TO FILE FIRST AMENDED COMPLAINT
- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Plaintiffs may file a First Amended Complaint, a copy of which is attached hereto as Exhibit 1.

Dated: April 23, 2010            GRACE**HOLLIS** LLP

By: s /Graham S.P. Hollis
Graham S.P. Hollis, Esq.
Attorney for Plaintiffs
ghollis@gracehollis.com

Date: April 26, 2010            SEYFARTH SHAW LLP

By: s/Kristina M. Launey
(as authorized on April 26, 2010)
Kristina M. Launey, Esq.
Attorney for Defendants
klauney@seyfarth.com

**IT IS SO ORDERED.**

DATED: April 27, 2010       /s/ John A. Mendez
Honorable John A. Mendez
JUDGE OF THE UNITED STATES
DISTRICT COURT