1  SEYFARTH SHAW LLP
   Alfred L. Sanderson (State Bar No. 186071)
2  Brandon R. McKelvey (State Bar No. 217002)
   Jason D. Glenn (State Bar No. 244470)
3  400 Capitol Mall, Suite 2300
   Sacramento, California 95814-4428
4  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
5
   Attorneys for Defendant
6  WINCO FOODS, LLC
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA

10  MANDI HOVATER, individually and on behalf )  Case No. 2-10-CV-00621-JAM-DAD
    of all similarly situated current and former )
11  employees of WINCO FOODS, LLC, and        )  **STIPULATION AND ORDER RE:**
    WINCO FOODS, INC.,                        )  **DISMISSAL OF PLAINTIFF'S CLASS**
12                                            )  **CLAIM FOR FAILURE TO PAY**
                  Plaintiffs,                 )  **VESTED VACATION PAY (FOURTH**
13                                            )  **CAUSE OF ACTION -- VIOLATION OF**
         v.                                   )  **LABOR CODE § 227.3)**
14                                            )
    WINCO FOODS, LLC, WINCO FOODS, INC. )       Judge:  Hon. John A. Mendez
15  and DOES 1 through 10, inclusive,         )
                                              )  Complaint filed: February 18, 2010
16                Defendants.                 )  Trial Date: None Set
                                              )
17  _____ )

18       **WHEREAS** Plaintiff Mandi Hovater's ("plaintiff") First Amended Complaint alleges

19  that Defendant WinCo Foods, LLC ("defendant") violated California Labor Code § 227.3 by

20  allegedly failing to pay certain WinCo employees vested vacation pay upon termination;

21       **WHEREAS** plaintiff's First Amended Complaint seeks to represent a class of "[a]ll

22  current and former California employees of WINCO, not subject to a Working Conditions &

23  Wages Agreement, who were not paid their accrued and unused vacation time pay upon

24  separation of employment, for the period February 9, 2006 to the present ("Vacation Pay Class");

25       **WHEREAS** defendant has represented to plaintiff in verified discovery responses that

26  the putative Vacation Pay Class consists of only seven individuals;

27       **WHEREAS**, based on defendant's verified discovery responses, plaintiff has agreed not

28  to pursue class certification of the Vacation Pay Class due to a lack of a sufficient number of

13043923v.1                              1

STIPULATION AND ORDER RE DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

1 │ putative class members, and therefore she will only pursue vacation pay claims individually on

2 │ behalf of herself;

3 │      **THEREFORE, IT IS HEREBY STIPULATED** by and between plaintiff and

4 │ defendant, through their attorneys of record, that plaintiff will not pursue certification of a

5 │ Vacation Pay Class or any claim for vacation pay other than her own individual claim, and any

6 │ references to the Vacation Pay Class are deemed to be stricken from the First Amended

7 │ Complaint.

8

9 │ DATED: January _____, 2011           SEYFARTH SHAW LLP

10

11 │           By_____

12 │             Alfred L. Sanderson, Jr.
            Brandon R. McKelvey

13 │             Jason D. Glenn
          Attorneys for Defendant

14 │           WINCO FOODS, LLC

15 │ DATED: January ____, 2011           GRACE HOLLIS LLP

16

17 │           By_____

18 │             Graham S.P. Hollis
            Marta Manus

19 │           Attorneys for Plaintiff
          MANDI HOVATER

20

21 │                       **ORDER**

22 │      Pursuant to the parties' stipulation, it is hereby ORDERED that all references to the

23 │ Vacation Pay Class are stricken from plaintiff's First Amended Complaint.

24 │      **IT IS SO ORDERED.**

25 │ DATED:   1/25/2011           /s/ John A. Mendez
          Hon. John A. Mendez

26

27

28

13043923v.1            2

PDF created with pdfFactory trial version www.pdffactory.com

Case No. 2-10-CV-00621-JAM-DAD