GRACEHOLLIS LLP
Graham S.P. Hollis (State Bar No. 120577)
Marta Manus (State Bar No. 260132)
3555 Fifth Avenue
San Diego, California 92103
Telephone: (619) 692-0800
Facsimile: (619) 692-0822

Attorneys for Plaintiff
MANDI HOVATER

SEYFARTH SHAW LLP
Alfred L. Sanderson (State Bar No. 186071)
Brandon R. McKelvey (State Bar No. 217002)
Jason D. Glenn (State Bar No. 244470)
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
WINCO FOODS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDI HOVATER, individually and on behalf of all similarly situated current and former employees of WINCO FOODS, LLC, and WINCO FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WINCO FOODS, LLC, WINCO FOODS, INC. and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:11-cv-00557-CRB <br><br> **STIPULATION AND ORDER RE DISMISSAL OF CLASS ACTION ALLEGATIONS** <br><br> Judge: Hon. Charles R. Breyer <br><br> Date: <br> Time: <br><br> Complaint filed: February 18, 2010 <br> Trial Date: None Set |

## STIPULATION

**WHEREAS** Plaintiff Mandi Hovater's ("Plaintiff") First Amended Complaint alleges that she was misclassified as an exempt employee and seeks to represent a class of "[a]ll current and former California night shift assistant store managers of WinCo who were not paid for wages for overtime hours worked and penalties for meal and rest breaks for the period February 9, 2006 to the present";

1
STIPULATION AND ORDER RE DISMISSAL OF CLASS ACTION ALLEGATIONS
Case No. 3:11-cv-00557-CRB

1     **WHEREAS**, the related matter *Stephen Gales v. WinCo Foods et al.*, Case No. 3:09-cv-05813-CRB pending in this Court. Gales alleges, like Hovater, that he was misclassified as an exempt employee and is owed compensation for unpaid overtime wages. Gales seeks to represent a class of "persons employed in California by WinCo as an assistant manager, both night and day, for the four year period preceding the filing of this Complaint to the present." The Gales class seeks to represent a class of individuals that encompasses Hovater's proposed class. Plaintiff has therefore determined that it is in her best interest and the interests of the potential class not to pursue the class action allegations and to continue only individually on behalf of herself for claims against Defendants. The interests of the class will be protected by the continued litigation on its behalf in the *Gales* matter.

    **THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their attorneys or record, that Plaintiff will not pursue the class action allegations on behalf of the class and any references to the class action allegations are deemed to be stricken from the First Amended Complaint. Plaintiff will continue to pursue her individual claims against Defendants. The Parties stipulate to the dismissal of the class allegations without prejudice.

DATED: May 11, 2011                               SEYFARTH SHAW LLP

                                                           By   /s/ Alfred L. Sanderson, Jr.
                                                                             Alfred L. Sanderson, Jr.
                                                                             Brandon R. McKelvey
                                                                             Jason D. Glenn
                                                                             Attorneys for Defendant
                                                                             WINCO FOODS, LLC

DATED: May 11, 2011                               GRACE HOLLIS LLP

                                                                             By   /s/ Marta Manus
                                                                             Graham S.P. Hollis
                                                                             Marta Manus
                                                                             Attorneys for Plaintiff
                                                                             MANDI HOVATER

**ORDER**

Pursuant to the parties' stipulation, it is hereby ORDERED that all references to the class action allegations are deemed to be stricken from the First Amended Complaint and Plaintiff's class action allegations be dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 16, 2011



3
STIPULATION AND ORDER RE DISMISSAL OF CLASS ACTION ALLEGATIONS
Case No. 3:11-cv-00557-CRB