1  GRACE**HOLLIS** LLP
   Graham S.P. Hollis (State Bar No. 120577)
2  Marta Manus (State Bar No. 260132)
   3555 Fifth Avenue
3  San Diego, California 92103
   Telephone: (619) 692-0800
4  Facsimile: (619) 692-0822

5  Attorneys for Plaintiff
   MANDI HOVATER

6
   SEYFARTH SHAW LLP
7  Alfred L. Sanderson (State Bar No. 186071)
   Brandon R. McKelvey (State Bar No. 217002)
8  Jason D. Glenn (State Bar No. 244470)
   400 Capitol Mall, Suite 2300
9  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
10 Facsimile: (916) 558-4839

11 Attorneys for Defendant
   WINCO FOODS, LLC

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15 | MANDI HOVATER, individually and on behalf) | Case No. 3:11-cv-00557-CRB
   | of all similarly situated current and former )
16 | employees of WINCO FOODS, LLC, and )         | **STIPULATION TO REMAND CASE TO**
   | WINCO FOODS, INC.,                         ) | **STATE COURT**
17 |                                            ) |
   |              Plaintiffs,                   ) | Judge: Hon. Charles R. Breyer
18 |                                            ) |
   |         v.                                 ) | Date:
19 |                                            ) | Time:
   | WINCO FOODS, LLC, WINCO FOODS, INC. )
20 | and DOES 1 through 10, inclusive,          ) | Complaint filed: February 18, 2010
   |                                            ) | Trial Date: None Set
21 |              Defendants.                   ) |
   |_____) | **ORDER TO REMAND**
22

23                        **STIPULATION**

24       **WHEREAS** this case was originally filed in the Superior Court of California County of

25 Sacramento and removed by defendants pursuant to federal question jurisdiction under 28 U.C.S.

26 §§ 1331 and 1441;

27       **WHEREAS** the parties have stipulated to the dismissal of the class allegations without

28 prejudice and on May 26, 2011, this Court dismissed without prejudice all class allegations in the

1    First Amended Complaint;

2         **WHEREAS** since the dismissal of the class allegations, the only remaining claims are

3    Plaintiff's individual state law claims against Defendants, based on solely on alleged violations

4    of California law. As such, the parties find it appropriate to remand this case to State Court.

5         **THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and

6    Defendants, through their attorneys of record that this case be remanded to the Superior Court of

7    California County of Sacramento.

8

9

10   DATED: July 5, 2011                                      SEYFARTH SHAW LLP

11

12                                                       By_____/s/ Alfred L. Sanderson, Jr._____

                                                        Alfred L. Sanderson, Jr.

13                                                           Brandon R. McKelvey
                                                        Jason D. Glenn

14                                                           Attorneys for Defendant
                                                        WINCO FOODS, LLC

15   DATED: July 5, 2011                                      GRACE HOLLIS LLP

16

17                                                       By_____/s/ Marta Manus_____

18                                                           Graham S.P. Hollis
                                                        Marta Manus

19                                                           Attorneys for Plaintiff
                                                        MANDI HOVATER

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

      Pursuant to the parties' stipulation, it is hereby ORDERED that the case is remanded to the Superior Court of California, County of Sacramento.

      IT IS SO ORDERED.

DATED: _ July 5, 2011 _____



Hon. Charles R. _____ge

Judge Charles R. Breyer

---

3
STIPULATION TO REMAND CASE TO STATE COURT